STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Thomas Harry Kiggans
Phelps, Dunbar
P. O. Box 4412
Baton Rouge LA 70821-4412

Jessica Huffman
Phelps, Dunbar, LLP
P. O. Box 4412
Baton Rouge LA 70821-4412

Harry Alston Johnson, III
Phelps, Dunbar
400 Convention St., Suite 1100
Baton Rouge LA 70802

REHEARING ACTION: January 11, 2017

Docket Number: 16   00334-CA

RALPH J. HANKS
VERSUS
LOUISIANA COMPANIES

Appealed from Calcasieu Parish Case No. 2012-953

BEFORE JUDGES:

   Hon. Phyllis M. Keaty
   D. Kent Savoie
   Hon. David Ellis Chatelain*

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louisiana Companies** has this day been

   **DENIED.**

cc: Christopher Paul Ieyoub, Counsel for the Appellee
   Wesley Romero, Counsel for the Appellee

_____
      *Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.